IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **OLD GUARD INSURANCE COMPANY** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO. 25-5258** |
| | : | |
| **SAFECO INSURANCE COMPANY OF AMERICA** | : | |

# ORDER

**AND NOW**, this 29th day of July 2026, upon considering Defendant's Motion to dismiss (ECF 9), Plaintiff's Opposition (ECF 10), Defendant's Reply (ECF 12), and for reasons in today's accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF 9) is **GRANTED** requiring we:

1. **Dismiss** Plaintiff's claims without prejudice for:
   a. defense costs until the insured exhausts Plaintiff's policy terms;
   b. indemnity coverage as not ripe; and,
2. **Direct** the Clerk of Court **close** this case.

**KEARNEY, J.**